GENERAL ELECTRIC CO., PLAINTIFF-RESPONDENT AND CROSS-PETITIONER, v. E. FRED SULZER & CO., ETC., ET AL., DEFENDANTS AND AMERICAN CYANAMID CO., DEFENDANT-PETITIONER AND CROSS-RESPONDENT.

See same case below :. 92 *N. J. Super.* 210.

*Messrs. Levy, McCloskey & Schlesinger* for the petitioner, cross-respondent.

*Messrs. McCarter & English, Mr. Julius B. Poppinga* and *Mr. John R. Drosdick* for the respondent-cross-petitioner.

November 1, 1966. Denied.

VAN LEER CHOCOLATE CORP., PLAINTIFF-PETITIONER, v. PENCO WAREHOUSES, INC., ETC., DEFENDANT-CROSS-PETITIONER, AND BERNARD B. HENNES, ETC., ET ALS., DEFENDANTS-PETITIONERS AND GIUSEPPE ZA-MARRA, ETC., DEFENDANT.

*Messrs. Hellring, Lindeman & Landau, Mr. Gilbert Ehren-kranz* and *Mr. David R. Simon* for plaintiff-petitioner.

*Messrs. O'Brien, Tartalsky & Clott* for defendants-petitioners.

*Messrs. Schreiber, Lancaster & Demos* and *Mr. Gerald W. Conway* for defendants-cross-petitioners.

November 1, 1966. Denied.